**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **FANNIE MAE**,<br><br>*Plaintiff,*<br><br>v.<br><br>**MM CLOISTERS I LLC**,<br><br>*Defendant.* | **Case No. 2:25-cv-06122-JDW** |

### <u>ORDER</u>

**AND NOW**, this 11th day of March, 2026, upon consideration of Fannie Mae's

Motion For The Expedited Appointment Of A Receiver (ECF No. 5), and for the reasons set

forth in the accompanying Memorandum, it is **ORDERED** as follows:

1.  The Motion is **GRANTED**; and

2.  On or before March 18, 2026, MM Cloisters I LLC shall file any objections it

has to Fannie Mae's Proposed Order appointing the receiver (ECF No. 5-3).

**BY THE COURT:**

*/s/ Joshua D. Wolson*

JOSHUA D. WOLSON, J.